| Fill in this information to identify the case: |
|---|
| Debtor 1    Wendi Sue Miller |
| Debtor 2    Shawn Keith Miller |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA |
| Case number 15-16847-elf |

## Official Form 410S1

## Notice of Mortgage Payment Change                                                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LSF9 MASTER PARTICIPATION TRUST         **Court claim no**. (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 9252

**Date of payment change:** 3/25/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,765.02
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☐ No.
    ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
    _____
    _____

    Current escrow payment: $502.53          New escrow payment: $547.89

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ■ No
    ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
    _____
    _____

    Current interest rate:                     New interest rate:

    Current principal and interest payment:     New principal and interest payment:

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ■ No
    ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    Current mortgage payment          New mortgage payment:

Official Form 410S1              Notice of Mortgage Payment Change                    page 1

Debtor 1 <u>Wendi Sue Miller</u>　　　　　　　　　　　　　　Case number *(if known)* <u>15-16847-elf</u>
　　　　　Print Name　　Middle Name　　Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Sindi Mncina</u>　　　　　　　Date <u>1/21/2020</u>
　Signature

Print　　　　<u>Sindi Mncina</u>　　　　　　　　　　　　　　　　Title　<u>Authorized Agent for Creditor</u>
　　　　　　First Name　　Middle Name　　Last Name

Company　　<u>RAS Crane, LLC</u>

Address　　<u>10700 Abbott's Bridge Road, Suite 170</u>
　　　　　　Number　　Street

　　　　　　<u>Duluth　GA 30097</u>
　　　　　　City　　　　　　　　　　　　　　State　　ZIP Code

Contact Phone　<u>470-321-7112</u>　　　　　　　　　　　　　　　Email　<u>smncina@rascrane.com</u>

Official Form 410S1　　　　　　　　**Notice of Mortgage Payment Change**　　　　　　　　page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____January 28, 2020_____,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Mitchell A. Sommers,
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA 17522

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Wendi Sue Miller
7 Faust Lane
Stevens, PA 17578

Shawn Keith Miller
7 Faust Lane
Stevens, PA 17578

                RAS Crane, LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: 470-321-7112
                Facsimile: 404-393-1425

By: __/s/ Kristin Williams_____
      Kristin Williams
      Krwilliams@rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Statement Date: | 12/19/2019 |
| Loan Number: | |
| Current Payment Amount: | $1,729.38 |
| New Payment Amount: | $1,765.02 |
| New Payment Effective Date: | 03/25/2020 |

Property Address: 7 FAUST LN
STEVENS PA 17578

SHAWN MILLER
WENDI MILLER
C/O MITCHELL A SOMMERS
107 W MAIN ST
EPHRATA PA  17522-2014

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 03/25/2020.

| Payment Breakdown | Current Payment | New Payment Effective 03/25/20 |
|---|---|---|
| Principal & Interest | $ 1,226.85 | $ 1,217.13 |
| Base Escrow Payment | $ 502.53 | $ 547.89 |
| Shortage Payment | $ 0.00 | $ 0.00 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| **TOTAL** | **$ 1,729.38** | **$ 1,765.02** |

**If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.**

## Section 2 - Calculation & Anticipated Escrow Activity

This section displays information regarding your anticipated escrow activity for the next 12 months.

**ANTICIPATED ESCROW BALANCE $7,733.58 – MINIMUM REQUIRED BALANCE $1,095.78**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $1,095.78, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $8,944.39 | $2,306.59 | |
| 03/2020 | $547.89 | $.00 | | | $9,492.28 | $2,854.48 | |
| 04/2020 | $547.89 | -$961.49 | CITY/TOWN | | $9,078.68 | $2,440.88 | |
| 05/2020 | $547.89 | $.00 | | | $9,626.57 | $2,988.77 | |
| 06/2020 | $547.89 | $.00 | | | $10,174.46 | $3,536.66 | |
| 07/2020 | $547.89 | $.00 | | | $10,722.35 | $4,084.55 | |
| 08/2020 | $547.89 | -$3,536.66 | SCHOOL | | $7,733.58 | $1,095.78 | > |
| 09/2020 | $547.89 | $.00 | | | $8,281.47 | $1,643.67 | |
| 10/2020 | $547.89 | $.00 | | | $8,829.36 | $2,191.56 | |
| 11/2020 | $547.89 | $.00 | | | $9,377.25 | $2,739.45 | |
| 12/2020 | $547.89 | -$2,076.58 | HOMEOWNER INS | | $7,848.56 | $1,210.76 | |
| 01/2021 | $547.89 | $.00 | | | $8,396.45 | $1,758.65 | |
| 02/2021 | $547.89 | $.00 | | | $8,944.34 | $2,306.54 | |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**



## Section 2 - Calculation & Anticipated Escrow Activity (continued)

**(No additional data available)**

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | | $2,415.63 | $2,087.14 |
| 03/2019 | $502.53 | $458.03 | $.00 | | $.00 | | | $2,918.16 | $2,545.17 |
| 04/2019 | $502.53 | $2,266.70 | -$941.36 | CITY/TOWN | -$961.49 | CITY/TOWN | * | $2,479.33 | $3,850.38 |
| 05/2019 | $502.53 | $1,976.58 | $.00 | | $.00 | | | $2,981.86 | $5,826.96 |
| 06/2019 | $502.53 | $.00 | $.00 | | $.00 | | | $3,484.39 | $5,826.96 |
| 07/2019 | $502.53 | $1,905.96 | $.00 | | $.00 | | | $3,986.92 | $7,732.92 |
| 08/2019 | $502.53 | $900.90 | -$3,484.39 | SCHOOL | -$3,536.66 | SCHOOL | * | $1,005.06 | $5,097.16 |
| 09/2019 | $502.53 | $1,400.65 | $.00 | | $.00 | | | $1,507.59 | $6,497.81 |
| 10/2019 | $502.53 | $1,005.06 | $.00 | | $.00 | | | $2,010.12 | $7,502.87 |
| 11/2019 | $502.53 | $380.54 | $.00 | | -$2,076.58 | HOMEOWNER INS | * | $2,512.65 | $5,806.83 |
| 12/2019 | $502.53 | $624.91 | -$1,604.68 | HOMEOWNER INS | $.00 | | | $1,410.50 | $6,431.74 |
| 01/2020 | $502.53 | $.00 | $.00 | | $.00 | | | $1,913.03 | $6,431.74 |
| 02/2020 | $502.53 | $.00 | $.00 | | $.00 | | | $2,415.56 | $6,431.74 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:  If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**